No. D–980.   IN RE DISBARMENT OF MILLER.   It is ordered that Randy Lamar Miller, of Raleigh, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–981.   IN RE DISBARMENT OF LOVING.   It is ordered that David L. Loving III, of Dallas, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 112, Orig.   WYOMING v. OKLAHOMA.   Briefing schedule proposed by the Attorney General of Wyoming adopted.   Wyoming may file its brief on or before April 2, 1991.   Oklahoma may file its brief on or before May 17, 1991.   A reply brief may be filed on or before June 6, 1991.   [For earlier order herein, see, e. g., 498 U. S. 893.]

No. 90–516.   KAMEN v. KEMPER FINANCIAL SERVICES, INC., ET AL.   C. A. 7th Cir.   [Certiorari granted, 498 U. S. 997.]   Motions of Business Roundtable and Investment Company Institute for leave to file briefs as amici curiae granted.

No. 90–1102.   GIBSON v. FLORIDA BAR ET AL.   C. A. 11th Cir. Motion of Joseph W. Little for leave to file a brief as amicus curiae denied.

No. 90–1280.   INSURANCE COMPANY OF PENNSYLVANIA ET. AL. v. BEN COOPER, INC.   C. A. 2d Cir.   Motion of the Solicitor General to expedite consideration of petition for writ of certiorari denied.

No. 90–6669.   ZINK v. CALIFORNIA STATE BOARD OF EQUAL-IZATION.   Ct. App. Cal., 2d App. Dist.   Motion of petitioner for leave to proceed in forma pauperis denied.   Petitioner is allowed until March 25, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL, dissenting.

For the reasons expressed in Brown v. Herald Co., 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed in forma pauperis.